UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE GLOMETRO, INC. | Case No: C 10-03135 SBA<br><br>**ORDER SETTING HEARING** |

    IT IS HEREBY ORDERED THAT the hearing on the instant bankruptcy appeal will take place on **January 11, 2010, 2010 at 1:00 p.m.** in Courtroom 1, Fourth Floor, United States District Court, 1301 Clay St., Oakland, California.  The appellant shall serve and file a brief not exceeding 25 pages by October 18, 2010.  The appellee shall serve and file a brief not exceeding 25 pages by November 8, 2010.  If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.  The appellant must serve and file a reply brief not exceeding 15 pages by November 22, 2010.  If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.  The appellee may serve and file a reply to the opposition to any cross-appeal not exceeding 15 pages by December 6, 2010.

    Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the matter without oral argument, in which case the hearing date will be taken off calendar.  The parties are advised to check the Court's website to determine whether a court appearance is necessary.

    IT IS SO ORDERED.

Dated: July 27, 2010

                                                              SAUNDRA BROWN ARMSTRONG
                                                              United States District Judge