| | |
|---|---|
| 1 | HENRY LERNER (BAR NO. 077166) |
| | WILLIAM W. HUCKINS (BAR NO. 201098) |
| 2 | ALLEN MATKINS LECK GAMBLE MALLORY |
| |   & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA  94111-4074 |
| 4 | Phone:  (415) 837-1515 |
| | Fax:  (415) 837-1516 |
| 5 | E-Mail:  hlerner@allenmatkins.com |
| |        whuckins@allenmatkins.com |
| 6 | |
| | Attorneys for Secured Creditor and Appellee |
| 7 | LIBERTY ASSET MANAGEMENT  CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 10-CV-03135 SBA |
| GLOMETRO, INC., | Chapter 11 |
|        Debtor. | BK NO. 10-30380 DM |
| Taxpayer's Identification No.  94-3265040 | R.S. No.:  001 |
| GLOMETRO, INC., et al., | **CERTIFICATE OF SERVICE** |
|        Appellants, | Appeal Filed:  July 19, 2010 |
|   vs. | |
| LIBERTY ASSET MANAGEMENT CORPORATION, | |
|        Appellee. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

791356.01/SF

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On September 2, 2010, I served the within document(s) described as:

**NOTICE OF DISMISSAL OF BANKRUPTCY APPEAL BY APPELLANTS; AND STIPULATION THERETO BY APPELLEE**

**[PROPOSED] ORDER DISMISSING BANKRUPTCY APPEAL**

on the interested parties in this action as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on September 2, 2010, at San Francisco, California.

| Alice Garbin | */s/ Alice Garbin* |
|---|---|
| (Type or print name) | (Signature of Declarant) |

# CERTIFICATE OF SERVICE

# SERVICE LIST

| | |
|---|---|
| Sharon Z. Weiss, Esq.<br>Holmes Roberts & Owen LLP<br>800 W. Olympic Boulevard, 4th Floor<br>Los Angeles, CA 90015 | **Attorneys for East West Bank, East West Investments, Inc. and Liberty Asset Management Corporation**<br><br>*Interested Parties* |

The Hon. Dennis Montali
U.S. Bankruptcy Court
Northern District of California
San Francisco Division
P.O Box 7341
235 Pine Street
San Francisco, CA 94120-7341

U.S. Bankruptcy Court
Northern District of California
San Francisco Division
Attn: Clerk's Office
P.O Box 7341
235 Pine Street
San Francisco, CA 94120-7341

Office of the United States Trustee
U.S. Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

791356.01/SF

-3-
CERTIFICATE OF SERVICE