UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>GLOMETRO, INC.,<br><br>Debtor.<br><br>Taxpayer's Identification No. 94-3265040<br><br>GLOMETRO, INC., et al.,<br><br>Appellants,<br><br>vs.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Appellee. | Case No. 10-CV-03135 SBA<br><br>Chapter 11<br><br>BK No. 10-30380 DM<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL**<br><br>Appeal Filed: July 19, 2010 |

Upon request of Appellants, Glometro, Inc. and Nancy Ho Belli, and stipulation thereto by the Appellee, Liberty Asset Management Corporation, the above-captioned appeal is hereby dismissed with prejudice pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure, each party to bear its own costs.

Dated: _9/8/10

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge