UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GLOMETRO INC. et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IN RE GLOMETRO INC. et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV10-03135 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2010, I SERVED a true and correct copy(ies) of the attached, **[6] Order of Dismissal** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the United States Trustee
United States Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Dennis Montali
US Bankruptcy Court
Northern District of California
P.O. Box 7341
235 Pine Street
San Francisco, CA 94120-7341

1
2  Henry Lerner
   Allen Matkins Leck Gamble & Mallory LLP
3  3 Embarcadero Ctr 12FL
   San Francisco, CA 94111
4
   Sharon Zemel Weiss
5  Holmes Roberts & Owen LLP
   800 - West Olympic Blvd.
6  4th Floor
   Los Angeles, CA 90015
7
   Dated: September 17, 2010
8                                              Richard W. Wieking, Clerk
                                               By: Jessie Mosley, Deputy Clerk
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28